UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No.   20-C-1160

    v.

VANDELAY GROUP, LLC,
VANDELAY OAKLAND, LLC,
SIGMA COMMERCIAL, LLC,
And JEFFREY KOENIG,

        Defendants.

---

## DEFENDANTS' CIVIL L.R. 7.1 DISCLOSURE STATEMENT

---

The undersigned is counsel for Defendants, Vandelay Group, LLC, Vandelay Oakland, LLC, Sigma Commercial, LLC, and Jeffrey Koenig, and is furnishing in compliance with Civil L.R. 7.1 and F.R.C.P. 7.1:

1. Kasdorf, Lewis and Swietlik, S.C., by Attorney Thomas A. Cabush represents Vandelay Group, LLC, Vandelay Oakland, LLC, Sigma Commercial, LLC, and Jeffrey Koenig.

2. None of the Defendants has a parent corporation and no publicly held corporation owns 10% or more of any of the Defendants' stock.

3. The law firm of Kasdorf, Lewis and Swietlik, S.C., will appear for the Defendants in this action.

Dated this 22nd day of September, 2020.

                              KASDORF, LEWIS & SWIETLIK, S.C.
                              Attorneys for Defendants, Vandelay Group, LLC,
                              Vandelay Oakland, LLC, Sigma Commercial, LLC, and
                              Jeffrey Koenig

*Electronically signed by Thomas A. Cabush*

Thomas A. Cabush
State Bar No. 1019433
One Park Plaza, Suite 500
11270 West Park Place
Milwaukee, WI 53224
Phone: (414) 577-4000
Fax:    (414) 577-4400
Email: tcabush@kasdorf.com