UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

VANDELAY GROUP, LLC,
VANDELAY OAKLAND, LLC,
SIGMA COMMERCIAL, LLC,
and JEFFREY KOENIG,

        Defendants.

Case No. 20-C-1160

## JOINT NOTICE OF AGREEMENT IN PRINCIPLE

The United States, by and through its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Maura S. Flaherty and Michael A. Carter, Assistant United States Attorneys for said district, and Defendants Vandelay Group, LLC, Vandelay Oakland, LLC, Sigma Commercial, LLC, and Jeffrey Koenig, by their attorneys, Kasdorf, Lewis, and Swietlik, S.C., hereby issue notice to the court, in accordance with the Minute Entry dated December 14, 2020, ECF No. 14, that the parties have come to agreement with respect to resolving the above-captioned case and anticipate filing a proposed consent decree shortly.

Dated this 16th day of January, 2021.

        MATTHEW D. KRUEGER
        United States Attorney

By: */s/ Maura S. Flaherty*

        MAURA S. FLAHERTY
        MICHAEL A. CARTER
        Assistant United States Attorney
        Eastern District of Wisconsin
        State Bar No. 1090041
        517 East Wisconsin Avenue
        Milwaukee, WI 53202
        (414) 297-1700
        Fax: (414) 297-4394
        Maura.Flaherty@usdoj.gov
        Michael.A.Carter@usdoj.gov

        KASDORF, LEWIS & SWIETLIK, S.C.
        Attorneys for Defendants, Vandelay Group, LLC, Vandelay Oakland, LLC, Sigma Commercial, LLC, and Jeffrey Koenig

By: */s/ Thomas A. Cabush*

        Thomas A. Cabush
        State Bar No. 1019433
        One Park Plaza, Suite 500
        11270 West Park Place
        Milwaukee, WI 53224
        Phone: (414) 577-4000
        Fax: (414) 577-4400
        Email: tcabush@kasdorf.com